IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRESCO CAPITAL, INC.<br>    Plaintiff,<br><br>v.<br><br>ULUGHBEK USMANALIYEV, DEMIR TRANS, LLC,<br>JOHNSTON LEWIS ASSOCIATES, INC.,<br>DURHAM INSURANCE GROUP, INC. and<br>PROGRESSIVE INSURANCE COMPANY<br>    Defendants. | Civil Action No. 2:20-cv-00490<br><br>**FILED**<br>MAR 05 2020<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

### STIPULATION TO DISMISS JOHNSTON LEWIS ASSOCIATES, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby stipulated by and between undersigned counsel that Defendant, Johnston Lewis Associates, Inc., only is **DISMISSED** with prejudice in the above-captioned matter.

| | |
|---|---|
| **PIONE, NERONE, GIERMAN,<br>WINSLOW & SMITH, PC**<br><br>BY: */s/ Michael F. Nerone, Esquire*<br>    MICHAEL F. NERONE, ESQUIRE<br>    Attorney for Plaintiff,<br>    Cresco Capital, Inc. | **MARSHALL DENNEHEY WARNER<br>COLEMAN & GOGGIN**<br><br>BY: */s/ Timothy Ventura, Esquire*<br>    TIMOTHY G. VENTURA, ESQUIRE<br>    DANA A. GITTLEMAN, ESQUIRE<br>    Attorneys for Defendant,<br>    Johnston Lewis Associates, Inc. |
| Dated: March 4, 2020 | Dated: March 4, 2020 |

APPROVED BY THE COURT:

3/5/2020

_____ J.

LEGAL/128116812 v1