# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRESCO CAPITAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ULUGHBEK USMANALIYEV; DEMIR TRANS, LLC; DURHAM INSURANCE GROUP, INC.; and PROGRESSIVE INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. 2:20-cv-00490-ER |

## STIPULATION TO AMEND CAPTION

AND NOW, come Plaintiff Cresco Capital ("Cresco") and Defendant United Financial Casualty Company ("UFCC"), incorrectly identified as "Progressive Insurance Company," and stipulate as follows:

WHEREAS, Cresco has asserted claims against an entity identified as "Progressive Insurance Company" in the instant lawsuit; and

WHEREAS, Plaintiff's claims and allegations in the lawsuit identify and refer to an insurance policy bearing Policy No. 08189292-0; and

WHEREAS, the underwriting entity identified on the subject policy is United Financial Casualty Company; and

WHEREAS, "Progressive Insurance Company" is not a legal or corporate entity capable of being sued;

WHEREFORE, it is hereby stipulated and ordered that:

(1) All references to Progressive Insurance Company shall be replaced and read as being against United Financial Casualty Company; and

(2) The caption of this matter shall be amended to read as follows:

| | |
|---|---|
| CRESCO CAPITAL, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> ULUGHBEK USMANALIYEV; DEMIR TRANS, LLC; DURHAM INSURANCE GROUP, INC.; and UNITED FINANCIAL CASUALTY COMPANY, <br><br>  Defendants. | Civil Action No. 2:20-cv-00490-ER |

|  |  Respectfully submitted, |
|---|---|
| PION, NERONE, GIRMAN, WINSLOW & SMITH, P.C. | BURNS WHITE LLC |
| By: /s/ *Michael F. Nerone* <br>   Michael F. Nerone <br>   1500 One Gateway Center <br>   420 Fort Duquesne Boulevard <br>   Pittsburgh, PA 15222 <br>   *Counsel for Plaintiffs* | By: /s/ *Daniel J. Twilla* <br>   Daniel J. Twilla <br>   Burns White Center <br>   48 26th Street <br>   Pittsburgh, PA 15222 <br>   *Counsel for Defendant United Financial Casualty Company* |

Approved by the Court:

 /s/ Eduardo C. Robreno,  Judge
                                    J.

Date: April 14, 2020

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2020 a true and correct copy of the foregoing Stipulation to Amend Caption was served on counsel of record via the Court's ECF system:

Michael F. Nerone
PION, NERONE, GIRMAN,
WINSLOW & SMITH, P.C.
1500 One Gateway Center
420 Fort Duquesne Boulevard
Pittsburgh, PA 15222
*Counsel for Plaintiffs*

Matthew R. Major
Wilson Elser Moskowitz
Edelman Dicker
200 Campas Drive
Florham Park, NJ 07932
*Counsel for Durham Insurance Group*

                                        /s/ *Daniel J. Twilla*
                                           Daniel J. Twilla