# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRESCO CAPITAL, INC., <br>     Plaintiff, <br> <br> v. <br> <br> ULUGHBEK USMANALIYEV, et al., <br>     Defendants. | C.A. No.: 2:20-cv-00490-ER <br> <br> <br> <br> The Honorable Eduardo C. Robreno |

## STIPULATION OF COUNSEL

AND NOW, come Plaintiff Cresco Capital ("Cresco"), Defendant United Financial Casualty Company ("UFCC"), and Defendant Durham Insurance Group, Inc. ("Durham"), by and through their undersigned attorneys, and stipulate that upon approval by the Court, Plaintiff Cresco shall have until May 14, 2020, to file responses with briefs to the Motion to Dismiss of UFCC and the Motion to Dismiss of Durham.

                                              Respectfully submitted,

PION, NERONE, GIRMAN,                          BURNS WHITE LLC
WINSLOW & SMITH, P.C.

By: /s/ *Michael F. Nerone*                       By: /s/ *Daniel J. Twilla*
     Michael F. Nerone                                Daniel J. Twilla
     Stephanie L. Hersperger                     Burns White Center
     1500 One Gateway Center                     48 26th Street
     420 Fort Duquesne Boulevard             Pittsburgh, PA 15222
     Pittsburgh, PA 15222                         *Counsel for Defendant United Financial*
     *Counsel for Plaintiff*                           *Casualty Company*

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By: /s/ *Matthew R. Major*
     Matthew R. Major
     200 Campus Drive
     Florham Park, New Jersey 07932
     *Counsel for Defendant Durham*
     *Insurance Group, Inc.*

Date: April 14, 2020                                          APPROVED BY THE COURT:

                                                                     /s/ Eduardo C. Robreno
                                                               EDUARDO C. ROBRENO, JUDGE

~~Approved by the Court:~~

_____
~~The Honorable Eduardo C. Robreno~~

# CERTIFICATE OF SERVICE

I, Stephanie L. Hersperger, Esquire, hereby certify that a true and correct copy of the foregoing Stipulation was served via electronic mail on this 13th day of April, 2020 as follows:

Daniel J. Twilla
Burns White LLC
Burns White Center
48 26th Street
Pittsburgh, PA 15222
*Counsel for Defendant United Financial Casualty Company*

Matthew R. Major
Wilson Elser Moskowitz
Edelman Dicker
200 Campas Drive
Florham Park, NJ 07932
*Counsel for Defendant Durham Insurance Group*

PION, NERONE, GIRMAN, WINSLOW
 & SMITH, P.C.

By: /s/ Stephanie L. Hersperger
Stephanie L. Hersperger
PA ID #78735
shersperger@pionlaw.com

2404 Park Drive, Suite 404
Harrisburg, PA  17110
717-737-5833