**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CRESCO CAPITAL, INC., | ) | |
|     Plaintiff, | ) | C.A. No.: 2:20-cv-00490-ER |
| | ) | |
| v. | ) | |
| | ) | |
| ULUGHBEK USMANALIYEV, et al., | ) | The Honorable Eduardo C. Robreno |
|     Defendants. | ) | |

**NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL**
**PURSUANT TO LOCAL RULE 41.1(b)**

Please be advised that the above-captioned action has settled. Pursuant to Local Rule 41.1(b), Plaintiff respectfully requests that the Court enter the attached, proposed Order dismissing this action, with prejudice.

Respectfully submitted,

PION, NERONE, GIRMAN, WINSLOW & SMITH, P.C.

By: /s/ Stephanie L. Hersperger
    Michael F. Nerone
    PA ID # 62446
    mnerone@pionlaw.com
    Stephanie L. Hersperger
    PA ID # 78735
    shersperger@pionlaw.com
    1500 One Gateway Center
    420 Fort Duquesne Boulevard
    Pittsburgh, PA 15222
    412-281-2288
    412-281-3388 (fax)

Counsel for Plaintiff, Cresco Capital, Inc.

## **CERTIFICATE OF SERVICE**

      I, Stephanie L. Hersperger, Esquire, hereby certify that a true and correct copy of **PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL PURSUANT TO LOCAL RULE 41.1(b),** was served via electronic mail on this 13th day of August, 2021 as follows:

Matthew R. Major
Wilson Elser Moskowitz
Edelman Dicker
200 Campas Drive
Florham Park, NJ 07932
*Counsel for Defendant Durham Insurance Group*

Ulughbek Usmanaliyev
Demir Transport
1328 Clyde Road
Warminster, PA 18974
(via electronic mail)
*Pro Se Defendants*

                PION, NERONE, GIRMAN, WINSLOW
                   & SMITH, P.C.

By:   /s/ Stephanie L. Hersperger
         Stephanie L. Hersperger
         PA ID #78735
         shersperger@pionlaw.com
         2404 Park Drive, Suite 404
         Harrisburg, PA 17110
         717-737-5833